UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

RECEIVED
FEB 0 8 2008
McLean Co. Sheriff's Dept.

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, <br><br> v. <br><br> ROSELLE FARMERS LUMBER COMPANY, an Illinois corporation | Docket Number: _____ <br><br> Assigned Judge: _____ <br><br> Designated Magistrate Judge: _____ |

**08 C 788**

JUDGE COAR
MAGISTRATE JUDGE COX

TO: (Name and address of defendant)

Roselle Farmers Lumber Company
an Illinois corporation
c/o Its President and Registered Agent
Gerald Kamphuis, Jr.
1 Wndsong Way
Bloomington, Illinois 61704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk                     Date

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

**February 6, 2008**
Date

SUBURBAN TEAMSTERS
VS                                Case Number:    NE08C788

| |
|---|
| COURT PAPER TYPE : Summons |
| COURT PAPER SUMMARY: -ROSELLE FARMERS LUMBER CO |
| COURT PAPER STATUS: Completed |

**Individual Summary:** ROSELLE FARMERS LUMBER CO  1  WINDSONG WAY   C/O G. KANPHIUS    BLOOMINGTON, IL  61704
**Individual Return / Service Status:** <u>Served</u>

Corporation Served this writ this <u>28</u> day of <u>February</u>, <u>2008</u>,
by reading it to the within named <u>Gerard Kanphius</u>     .

Served Sex: __          Served Race: __              Served DOB: __

Comment: <u>Served at McLean County Sheriff's Office, 104 W. Front, Bloomington, IL</u>
Service,................ $  30.00
Miscellaneous Fees:

_____ SHERIFF

<u>18</u> miles necessary travel from Law and Justice Center to place of service
of within named person and return,

<u>$ .50</u> per mile . . . . . . . . . . . <u>$   9.00</u>  By___MCSP DEPUTY SHERIFF MICHAEL GARDNER - ID # 9334

Return . . . . . . . . . . . . . . . . . <u>$   8.00</u>
TOTAL . . . . . . . . . . . . . . . . . <u>$  47.00</u>

ATTACHMENTS:

This is the original return of service.
This is not a bill.



Page 1    of 1

316691