IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ROSELLE FARMERS LUMBER COMPANY an Illinois corporation,<br><br>Defendant. | No. 08 C 788<br><br>Judge Coar<br><br>Magistrate Judge Cox |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on February 8, 2008 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service was made upon ROSELLE FARMERS LUMBER COMPANY, an Illinois corporation, on February 28, 2008 and a copy of the proof of service was filed with the court on March 5, 2008.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

    $81,614.00 Pension
     $925.00 Attorneys fees
     <u>$46.00</u>  Court costs
   $85,181.00

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant, ROSELLE FARMERS LUMBER COMPANY, an Illinois corporation, and in favor of Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND in the amount of $85,181.00.

                TRUSTEES OF THE SUBURBAN TEAMSTERS
                OF NORTHERN ILLINOIS PENSION FUND

By: _____
                      One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2