IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND ) ) ) Plaintiff, ) ) ) v. ) ) ROSELLE FARMERS LUMBER COMPANY ) an Illinois corporation, ) ) Defendant. ) | No. 08 C 788 Judge Coar Magistrate Judge Cox |

ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND and against the Defendant, ROSELLE FARMERS LUMBER COMPANY, an Illinois corporation, in the amount of $85,181.00.

Date:

Entered:

_____
JUDGE COAR