IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, <br><br>     Plaintiff, <br><br> v. <br><br> ROSELLE FARMERS LUMBER COMPANY, an Illinois corporation, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 08 C 788 <br> ) <br> ) Judge Coar <br> ) <br> ) Magistrate Judge Cox <br> ) <br> ) |

NOTICE OF MOTION

To:   Roselle Farmers Lumber Company
      an Illinois corporation
      c/o Its President and Registered Agent
      Gerald Kamphuis, Jr.
      1 Wndsong Way
      Bloomington, Illinois  61704

   PLEASE TAKE NOTICE that on March 27, 2008, at 9:00 a.m., I will appear before the Honorable Judge Coar in Room 1419 and then and there present the attached Motion for Judgment in Sum Certain, a copy of which is attached hereto.

                              Respectfully submitted,

                              s/John J. Toomey
                              ARNOLD AND KADJAN
                              19 W. Jackson Blvd., Suite 300
                              Chicago, IL 60604
                              Telephone No.:  (312) 236-0415
                              Facsimile No.:  (312) 341-0438
                              Dated:  March 20, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Roselle Farmers Lumber Company
an Illinois corporation
c/o Its President and Registered Agent
Gerald Kamphuis, Jr.
1 Wndsong Way
Bloomington, Illinois 61704

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: March 20, 2008