UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund
                                            Plaintiff,
v.                                          Case No.:
                                            1:08−cv−00788
                                            Honorable David H.
                                            Coar

Roselle Farmers Lumber Company
                                            Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, March 26, 2008:


    MINUTE entry before Judge Honorable David H. Coar: Status hearing set for
4/3/2008 at 09:00 AM.Mailed notice(pm, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.