649-15                                                                                                          ARDC No. 6180949

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS ) | |
| OF NORTHERN ILLINOIS PENSION FUND ) | |
| AND WELFARE FUNDS, ) | |
| ) | Case No. 08 C 788 |
| v. ) | |
| ) | Judge Coar |
| ROSELLE FARMERS LUMBER COMPANY, ) | |
| ) | Magistrate Judge Cox |
| Defendant. ) | |

**ANSWER TO COMPLAINT**

**NOW COMES** the Defendant, ROSELLE FARMERS LUMBER CO. ("RLC"), an Illinois Corporation, by and through its attorney, TIMOTHY J. KLEIN, and for its Answer to the Complaint filed by the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS ("TRUSTEES"), states as follows:

1. RLC admits this allegation.

2. RLC admits this allegation.

3. RLC admits this allegation.

4. RLC admits this allegation.

5. RLC admits this allegation.

6. RLC admits this allegation.

7. RLC admits this allegation.

8. RLC admits this allegation.

9. RLC admits this allegation.

10. RLC admits this allegation.

11. RLC admits this allegation.

12. RLC admits this allegation.

13. RLC denies this allegation.

14. RLC admits this allegation.

15. RLC admits the "notice" is accurately alleged, but denies the truth of the allegation.

16. RLC admits the "notice" contended that liability payments were past due, but denies the truth of the allegation.

17. RLC denies this allegation.

18. RLC admits that the "requested withdrawal liability payments" have not been made, but denies the remaining allegations.

19. RLC denies this allegation.

20. RLC denies this allegation.

WHEREFORE, the Defendant, ROSELLE FARMERS LUMBER COMPANY prays entry of a Judgment in its favor and against the TRUSTEE, for its costs in responding to the Complaint, and for such other and different relief as this Court deems just.

Dated: March 31, 2008　　　　　　　　　　ROSELLE FARMERS LUMBER CO., Defendant

　　　　　　　　　　　　　　　　　　　　　By: s/ Timothy J. Klein
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. KLEIN, its attorney.

**TIMOTHY J. KLEIN, ESQ.**
290 Springfield Dr., Suite 220
Bloomingdale, IL  60108
(630) 893-5200

2