649-15.1                                                                                    ARDC No. 6180949

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | )<br>)<br>) |
| v. | )  Case No. 08 C 788<br>)<br>)  Judge Coar |
| ROSELLE FARMERS LUMBER COMPANY, | )<br>)  Magistrate Judge Cox |
| Defendant. | ) |

## NOTICE OF FILING AND PROOF OF SERVICE

To:

John J. Toomey, Esq.
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

   PLEASE TAKE NOTICE that I filed this day with the Clerk of the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604, via Electronic Case Filing (ECF), the following:

   **Answer to Complaint,**

which, with this **Notice**, was simultaneously served upon all ECF Filing Users, and by regular mail on those non-ECF Filing Users.

Dated: March 31, 2008                             ROSELLE FARMERS LUMBER CO., Defendant


                                                  By: _s/ Timothy J. Klein_____
                                                      TIMOTHY J. KLEIN, its attorney.


**TIMOTHY J. KLEIN, ESQ.**
Attorney for Defendant
290 Springfield Dr., Suite 220
Bloomingdale, IL 60108
(630)893-5200