IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>)  Case No.: 08 C 788<br>v.  )<br>)  Judge Coar<br>ROSELLE FARMERS LUMBER COMPANY, an  )<br>Illinois corporation, a/k/a ROSELLE LUMBER  )  Magistrate Judge<br>COMPANY,  )<br>)<br>Defendant.  )  | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Timothy J. Klein, Esq.
      290 Springfield Drive
      Suite 220
      Bloomingdale, Illinois  60108

   PLEASE TAKE NOTICE that on May 9, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

   1.   Joint Status Report.

a copy of which is attached hereto and served upon you.

                              TRUSTEES OF THE SUBURBAN TEAMSTERS
                              OF NORTHERN ILLINOIS WELFARE AND
                              PENSION FUNDS

                              s/John J. Toomey
                              ARNOLD AND KADJAN
                              19 W. Jackson Blvd., Suite 300
                              Chicago, IL 60604
                              Telephone No.: (312) 236-0415
                              Facsimile No.: (312) 341-0438
                              Dated: May 9, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system

                                          s/John J. Toomey
                                          ARNOLD AND KADJAN
                                          19 W. Jackson Blvd., Suite 300
                                          Chicago, IL 60604
                                          Telephone No.: (312) 236-0415
                                          Facsimile No.: (312) 341-0438
                                          Dated: May 9, 2008