IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ROSELLE FARMERS LUMBER COMPANY, an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 C 788<br>)<br>) Judge Coar<br>)<br>) Magistrate Judge Cox<br>)<br>) |

NOTICE OF MOTION

To: Timothy J. Klein
290 Springfield Drive
Suite 220
Bloomingdale, Illinois 60108

  PLEASE TAKE NOTICE that on May 29, 2008, at 9:00 a.m., I will appear before the Honorable Judge Coar in Room 1419 and then and there present the attached Motion to Compel Discovery Responses, a copy of which is attached hereto.

                Respectfully submitted,

                s/John J. Toomey
                ARNOLD AND KADJAN
                19 W. Jackson Blvd., Suite 300
                Chicago, IL 60604
                Telephone No.: (312) 236-0415
                Facsimile No.: (312) 341-0438
                Dated: May 22, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system.

                                         **s/John J. Toomey**
                                         ARNOLD AND KADJAN
                                         19 W. Jackson Blvd., Suite 300
                                         Chicago, IL 60604
                                         Telephone No.:  (312) 236-0415
                                         Facsimile No.:  (312) 341-0438
                                         Dated: May 22, 2008