*Trustees v. Roselle*

C4

**FORM**

08-C-788

[ADD: CASE HEADING]

**F I L E D**

MAY 14 2008
May 14 2008
Judge David H. Coar
United States District Court

**REPORT OF PARTIES' PLANNING CONFERENCE**

Pursuant to this court's order, _ARNOLD AWA KAAJAN_

representing plaintiff(s), and _TIMOTHY J. KLEIN_

representing the defendant(s), met on _~~FIRST~~ APRIL 30, 2008_

pursuant to Rule 26(f) to discuss:

(1)    the nature and basis of their claims and defenses;

(2)    the possibilities for a prompt settlement or resolution of this case;

(3)    to make or arrange for the disclosures required under Rule 26(a)(1); and

(4)    to develop a discovery plan.

To that end, the parties propose the following:

A.    The issues in this case may be simplified by taking the following steps:

1.    COMPLETING DISCOVERY BY AUG. 31, 2008.

2.

3.

4.

5.

B.    The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1.    NONE.

2.

3.

4.

5.

C.    Discovery will be needed on the following subjects:

1. WHETHER THERE WAS A WITHDRAWAL FROM THE FUND.
2. THE AMOUNT OF THE WITHDRAWAL LIABILITY.
3. WHETHER THERE WAS A DEFAULT.
4. WHETHER ANY DEFENSES EXIST.

D.    Discovery should/should not be conducted in phases.

E.    Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes_____ No__X__

F.    The parties consent/do not consent to this matter being referred to the Magistrate Judge for final disposition.

G.    The parties have discussed the possibility of alternative dispute resolution and concluded:    IT IS PREMATURE.

H.    The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff has made a written demand of $ $1,614.00, and the defendant has offered $ 0.

I.    The Court should consider the following methods of expediting the resolution of this matter:    NONE

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Judge Coar
04/2008
this form should be e-filed on the docket