## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

| | |
|---|---|
| Trustees of the Suburban Teamsters of Northern Illinois Pension Fund | |
| Plaintiff, | |
| v. | Case No.: 1:08−cv−00788<br>Honorable David H. Coar |
| Roselle Farmers Lumber Company | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

MINUTE entry before the Honorable David H. Coar: Motion hearing held on 5/29/2008 regarding motion to compel [18]. Motion to compel [18] is continued before the Magistrate Judge. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.