UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund

                                                   Plaintiff,

v.                                                    Case No.:
                                                   1:08−cv−00788
                                                 Honorable David H.
                                                 Coar

Roselle Farmers Lumber Company

                                                 Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge for the purpose of holding proceedings related to all discovery disputes and all discovery motions including #18, the Plaintiffs' Motion to Compel.(pm, )Mailed notice.


Dated: May 29, 2008

                                                                                     /s/ David H. Coar

                                                                        United States District Judge