## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund

                                            Plaintiff,

v.                                                          Case No.:
                                                            1:08–cv–00788
                                                            Honorable David H.
                                                            Coar

Roselle Farmers Lumber Company

                                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

     MINUTE entry before the Honorable Susan E. Cox: Hearing on plaintiff's motion to compel [18] set for 6/4/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.