## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 C 788 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters of Northern Illinois PenFd vs. Roselle Farmers Lumber Co | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. The parties having submitted a proposed agreed order, plaintiff's motion to compel [18] is granted. Defendant shall answer plaintiff's interrogatories, produce the documents sought in plaintiff's request to produce propounded 4/7/08 by close of business (5:00 p.m.) on 6/10/08. Gerald Kamphius shall be presented for deposition on 6/13/08 at 1:00 p.m. at the offices of Arnold and Kadjan, 19 W. Jackson Blvd., Suite 300, Chicago, Illinois 60604.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|