IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 788 |
| v. | ) ) | Judge Coar |
| ROSELLE FARMERS LUMBER COMPANY an Illinois corporation, | ) ) ) | Magistrate Judge Cox |
| Defendant. | ) ) | |

## AGREED ORDER

    This matter coming to be heard on Plaintiff's Motion to Compel Answers to Outstanding Interrogatories and Request for Production and the deposition of Gerald Kamphius filed May 22, 2008 and referred to this Court on May 29, 2008 and the court being fully advised in the premises,
    IT IS HEREBY agreed between counsel for the Plaintiff, Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and counsel for the Defendant, Roselle Farmers Lumber Company, that Defendant shall answer Plaintiff's Interrogatories, produce the documents sought in Plaintiff's Request to Produce propounded April 7, 2008 by close of business (5:00 p.m.) on June 10, 2008. Gerald Kamphius shall be presented for deposition on June 13, 2008 at 1:00 p.m. at the offices of Arnold and Kadjan, 19 W. Jackson Boulevard, Suite 300, Chicago, Illinois 60604.

    IT IS SO ORDERED.

.
Entered 5/30/08

_____
MAGISTRATE JUDGE COX

1