UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund

          Plaintiff,

v.           Case No.: 1:08−cv−00788
          Honorable David H. Coar

Roselle Farmers Lumber Company

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Plaintiff's counsel only appears. The Court was advised that Plaintiff's motion to compel has been resolved, and no further discovery disputes remain. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to the Honorable Susan E. Cox. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.