Exhibit 6 to Plaintiffs' L.R. 56.1(a) Statement

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS PENSION FUND )
                                    )
            Plaintiffs,             )
                                    )        Case No.:  08 C 788
        v.                          )
                                    )        Judge Coar
ROSELLE FARMERS LUMBER COMPANY, an  )
Illinois corporation, a/k/a ROSELLE LUMBER )  Magistrate Judge
COMPANY,                            )
                                    )
            Defendant.              )

## AFFIDAVIT

I, David C. Feinstein, upon being first duly sworn, on oath deposes and states:

1.    I am a Fellow in the Society of Actuaries and am an Enrolled Actuary under The

Employee Retirement Income Security Act of 1974 (ERISA). I am an actuary and senior

consultant of Cheiron, Inc.  Prior to January 1, 2007, when Cheiron, Inc. purchased Feinstein,

Glaser, Olney & Co. (FGO) I was the president and one of the founding partners of FGO.  I have

over 30 years of experience as a pension actuary.  I have been the enrolled actuary for the plan of

the Northern Illinois Pension Fund since 1997.

2.    I have worked on ERISA pension plans ranging in size from under 100 participants to

over 50,000.  They include joint management-labor trustee and single employer (corporate)

pension funds.  At the present time I am the consulting and enrolled actuary for 9 multiemployer

clients.  I consult on defined benefit plans, defined contribution plans and health and welfare

plans for these clients.

3.    I am responsible for annual valuations for pension plans in the corporate, multiemployer

1

and public sector markets. I am responsible for various consulting projects for my clients, including benefit design studies, cash flow projections and actuarial experience studies.

4.    I have a B.S. degree and M.S. degree in mathematics from the University of Illinois, Urbana, and a PhD in mathematics from the University of Illinois, Chicago.

5.    Cheiron, Inc. will be compensated for my time in this matter at the rate of $375.00 per hour.

6.    Each plan year, our firm prepares an actuarial report to the Trustees of each of our multiemployer defined benefit pension plan clients. The complete report is typically not provided to employers, unions, or regulators. This report provides the Trustees with information that they need to properly administer the plan and to comply with government requirements that include a detailed actuarial filing for regulatory purposes (Schedule B to Form 5500). It does not include specific information regarding the calculation of withdrawal liability. Attached as Exhibit A is the Actuarial Valuation and Review as of January 1, 2006 for the Suburban Teamsters of Northern Illinois Pension Plan.

7.    The unfunded vested liability used to establish withdrawal liability pools to be allocated to withdrawing employers is calculated as the difference between the present value of vested benefits and the market value of plan assets.

8.    The unfunded vested liability is allocated to withdrawing employers on the basis of the presumptive method described in Section 4211(b) of ERISA.

9.    The withdrawal liability of an employer upon complete withdrawal from the Plan is the sum of its proportionate shares of the unamortized balances of the Initial Pool and the Annual Charges, reduced by a de minimus amount if applicable, as of the end of the Plan Year immediately preceding withdrawal.

10.    The unamortized portions of the Initial Pool and the Annual Charges are prorated to an employer on the basis of the ratio of the employer's obligated contributions to the plan's total contributions in the five-year period immediately prior to the establishment of each pool.

11.    Attached as Exhibit B is the Withdrawal Liability report as of December 31, 2005 for the Suburban Teamsters of Northern Illinois Pension Plan which shows the calculation of the unfunded value of vested benefits and withdrawal liability pools as of December 31, 2005.

12.    Attached as Exhibit C is a worksheet that details the calculation of withdrawal liability for Roselle Lumber Company. I calculated that the withdrawal liability of Roselle Lumber Company to be $81,614.00. Additionally, I calculated that the quarterly payment schedule includes 6 payments of $13,431.00 per quarter, plus a final payment of $5,355.00.

13.    I hereby swear that Exhibits A, B, and C were prepared under my direction.

14.    Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.


_David C. Feinstein_
David C. Feinstein

**SUBSCRIBED AND SWORN TO**
before me this 30th day
of June 2008

_Dawn M Dewitt_
Notary Public

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11

# Feinstein Glaser Olney & Co.
*CONSULTING ACTUARIES*

# SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION PLAN

## Actuarial Valuation as of January 1, 2006

*Sushma Gupta*
Sushma Gupta
Enrollment Number 05-6217

*David C. Feinstein*
David C. Feinstein
Enrollment Number 05-3712

169

October 2006

555 WEST JACKSON BOULEVARD • SUITE 301 • CHICAGO, ILLINOIS 60661 • PHONE (312) 629-8401 • FAX (312) 629-0798

## Table of Contents

|  |  | Page |
|---|---|---|
| **Valuation Summary** |  | 1 |
| **Tables** |  |  |
| Table A | Active Participants | 5 |
| Table B | Contribution Rates Summary | 6 |
| Table C | Retiree Summary by Benefit Amounts and Option | 7 |
| Table D | Participant Reconciliation | 8 |
| Table E | Summary of Plan Cost | 9 |
| Table F | Reconciliation of Plan Cost | 10 |
| Table G | FAS No. 35 Disclosure | 11 |
| Table H | Withdrawal Liability Determination | 12 |
| Table I | Reconciliation of Assets | 13 |
| Table J-1 | Calculation of Actuarial Value of Assets- Old Method | 14 |
| Table J-2 | Calculation of Actuarial Value of Assets- New Method | 15 |
| Table K | Calculation of (Gain)/Loss on Assets | 16 |
| Table L | Determination of Normal Cost & Unfunded Accrued Liability | 17 |
| Table M | Determination of Actuarial (Gain)/Loss | 18 |
| Table N | Calculation of Funding Standard Account Amortization Payments and Balances | 19-20 |
| Table O | Determination of Minimum and Maximum Deductible Contributions | 21 |
| Table P | Funding Standard Account for Year Ending December 31, 2005 | 22 |
| Table Q | Disclosure Information for the Schedule B (Form 5500) | 23 |
| Table R | Full Funding Limitations | 24 |
| **Technical Appendix** |  |  |
| Employee Data |  | A1 |
| Plan Summary |  | A2 |
| Valuation Methods and Actuarial Assumptions |  | A6 |
| Glossary |  | A9 |

**Valuation Summary**

We have completed the actuarial valuation of the Suburban Teamsters of Northern Illinois Pension Plan as of January 1, 2006. The purpose of the valuation is to measure the adequacy of the present contribution rate to support benefits at the current level of benefits. A detailed technical appendix is attached.

**Summary of Contribution Options**
For 2006 the contribution options are summarized in the table below. The results are compared to the last two years' results.

|  | 2004 Results | 2005 Results | 2006 Results |
|---|---|---|---|
| 1. Number of active participants | 5,202 | 5,323 | 5,332 |
| 2. Minimum required contribution | $0 | $3,326,270 | $9,834,408 |
| 3. Maximum deductible contribution | $222,440,501 | $283,322,859 | $299,306,514 |
| 4. Credit balance | $31,419,824 | $28,039,232 | $22,187,876 |
| 5. Normal cost plus 25-year amortization of the unfunded accrued liability on the basis of market value of assets | $22,092,345 | $23,516,733 | $25,360,661 |
| 6. Expected contributions | $21,895,000 | $23,260,000 | $25,090,000 |
| 7. Expected margin/(deficit) |  |  |  |
|    a. Dollars | ($197,345) | ($256,733) | ($270,661) |
|    b. Percentage of contributions | -0.9% | -1.1% | -1.1% |
| 8. Assets |  |  |  |
|    a. Market value | $426,098,631 | $451,479,871 | $468,968,049 |
|    b. Actuarial value | $414,524,298 | $424,720,006 | $468,968,049 |
| 9. Present value of accrued benefits |  |  |  |
|    a. Vested | $478,457,612 | $503,959,333 | $533,042,371 |
|    b. Nonvested | 19,311,192 | 21,648,129 | 16,956,509 |
|    c. Total | $497,768,804 | $525,607,462 | $549,998,880 |

**Plan Margin**
The margin/deficit for a plan is the amount by which the expected contributions exceed or fall short of the cost of the plan. The cost is determined on the basis of 25-year amortization of the unfunded accrued liability on the basis of the market value of assets. Expected 2006 contributions are approximately $271,000 less than the 2006 plan cost. In 2005, the expected contributions were approximately $257,000 less than the 2005 plan cost.

The results are based on the assumptions and methods described in the technical appendix. The actuarial assumptions used in the valuation represent the actuary's best estimate of anticipated future experience.

In 2005, the margin as a percentage of expected contributions was -1.1%. In 2006, the margin is again -1.1%. The reasons for the change in margin are discussed below.

In addition, the plan has a credit balance of $22,187,876, which was built up because contributions since 1976 exceeded minimum ERISA funding requirements. However, the credit balance has been decreasing for last few years. The credit balance in 2006 decreased again by $5,851,000. A credit balance also acts as a buffer against slow periods such as low employment or low fund earnings.

## Change in Plan Cost

The reconciliation of plan cost from 2005 to 2006 on the basis of the normal cost plus expenses plus 25-year funding of the unfunded accrued liability is shown below:

| | | | |
|---|---|---|---|
| 1. | Plan cost for 2005 | | $23,516,733 |
| 2. | Change in plan cost due to | | |
| | a. | Change in assumed expenses | 170,000 |
| | b. | Increase in expected weeks worked | 238,863 |
| | c. | (Gain)/loss on market value of assets | 351,566 |
| | d. | Decrease for contributions greater than plan cost | (113,176) |
| | e. | Increase in average contribution rate | 526,017 |
| | f. | Increase in liability due to reciprocity retirements | 41,097 |
| | g. | Increase in cost for new hires | 186,470 |
| | h. | Increase/(decrease) due to other assumptions | 443,091 |
| | i. | Total | 1,843,928 |
| 3. | Plan cost for 2006 | | $25,360,661 |

The above results show an increase in plan cost of $1,843,928. The primary reasons are:

- Actual expense was more than expected for 2005. This increased the cost by $170,000.

- The expected number of weeks worked increased from 222,395 in 2005 to 227,676 in 2006. This increased the plan cost by $239,000.

- Actual earnings on the market value of assets for 2005 were approximately $4,052,000 less than expected earnings. The rate of return on the market value of assets was 6.6%. Amortizing the loss over 25 years increased the plan cost by $352,000.

- Actual contributions in 2005 were $1,304,000 higher than the 2005 plan cost. This decreased plan cost by $113,000.

- An increase in the average contribution rate increased plan costs by $526,000.

- Fourteen former employees retired in 2005 under reciprocal agreements with other funds. This increased the plan cost by $41,000.

- There were 698 new hires in 2006. This increased the plan cost by $186,000.

- Losses on other actuarial assumptions increased the plan cost by $ 443,000.

**Actuarial Assumptions and Methods**

The results are based on the following actuarial assumptions and valuation methods:

- Fund assets are expected to earn 7.50% per year.

- The mortality table for non-disabled participants is the 1971 Group Annuity set back 1 year.

- For ages below 55, we assume that 1% of the participants will retire after attaining 25 or more benefit credits. For ages 55 and older, rates for participants eligible for retirement (reduced and unreduced) are as follows:

  | Age | Rates |
  |-----|-------|
  | 55 - 58 | 5% |
  | 59 - 60 | 15% |
  | 61 - 64 | 25% |
  | 65 | 100% |

- Active participants are assumed to earn the average number of benefit credits as was earned in the prior year by continuing active participants (on average, continuing active participants earned 0.9 benefit credits in 2005).

- The asset method is changed to phase-in the excess of actual asset return over expected over 4 years subject to a minimum of 80% of market value and a maximum of 120% of market value. For 2006 valuation, actuarial value of asserts is same as market value of assets. The phase-in will start from 2007 valuation. The market value of assets is used to determine the annual plan cost.

The actuarial assumptions are described in detail in the technical appendix.

The cost of the plan will increase on a cents per hour basis if the fund assets earn less than 7.50%. Conversely, the plan cost will decrease if the fund assets earn more than 7.50%.

**Accrued Funded Position**

One measure of a pension plan's funded position is a comparison of assets to the present value of vested and accrued benefits. The present value of accrued benefits is equal to the single sum amount required to pay for all benefits accrued to date. The present value of vested benefits is equal to that portion of the present value of accrued benefits that are vested. Vested benefits are all benefits for retired and terminated vested employees, and for active employees who have at least 5 years of vesting service.

The funded statuses as of January 1, 2006 and the prior 2 years are summarized below. The interest rate for each year is 8%.

| Date | Market Value of Assets | Present Value of Vested Benefits | Present Value of Accrued Benefits |
|------|------|------|------|
| 1/1/2006 | $468,968,049 | $533,042,371 (88%) | $549,998,880 (85%) |
| 1/1/2005 | 451,479,871 | 503,959,333 (90%) | 525,607,462 (86%) |
| 1/1/2004 | 426,098,631 | 478,457,612 (89%) | 497,768,804 (86%) |

The present value of accrued and vested benefits is shown in Table G; also shown is a reconciliation from January 1, 2005 to January 1, 2006. The assumptions used for these calculations are the same as those used for the cost valuation with the exception of the interest rate.

The present value of vested benefits is not the present value the Pension Benefit Guaranty Corporation (PBGC) would use to establish employer liability in the event of plan termination. The calculation of that liability is complex due to special PBGC assumptions, the maximum dollar amount of benefit guaranteed and a 5-year phase in of benefit increases. We have not done these calculations.

**Employer Withdrawal Liability**

The Multiemployer Pension Plan Act of 1980 requires the imposition of a withdrawal liability on an employer who ceases making contributions to the Fund.

An employer's withdrawal liability is based on the employer's proportional share of the unfunded vested liability as of December 31, 1979 and the differences measured at the end of each subsequent year of the unfunded vested liability over the unamortized portion of the unfunded vested liability from the prior year.

As shown in Table H, there is withdrawal liability for 2006 because the plan has an unfunded vested liability as of December 31, 2005. As of December 31, 2005 the present value of vested benefits exceeds the market value of assets by $64,074,322. The present value of vested benefits is based on the plan provisions in effect on December 31, 2005.

**Tables**

## Table A

## Suburban Teamsters of Northern Illinois Pension Plan

Active Participants as of January 1, 2006

| Age | Completed Benefit Credits | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | 0 - 4 | 5 - 9 | 10 - 14 | 15 - 19 | 20 - 24 | 25 - 29 | 30 or more | |
| 19 and younger | 4 | | | | | | | 4 |
| 20 - 24 | 143 | 2 | | | | | | 145 |
| 25 - 29 | 334 | 75 | | | | | | 409 |
| 30 - 34 | 424 | 208 | 35 | | | | | 667 |
| 35 - 39 | 417 | 238 | 122 | 34 | 1 | | | 812 |
| 40 - 44 | 380 | 251 | 142 | 108 | 25 | 1 | | 907 |
| 45 - 49 | 336 | 226 | 121 | 139 | 90 | 37 | 2 | 951 |
| 50 - 54 | 219 | 143 | 101 | 86 | 56 | 69 | 35 | 709 |
| 55 - 59 | 118 | 78 | 51 | 61 | 42 | 48 | 50 | 448 |
| 60 - 64 | 55 | 44 | 32 | 25 | 26 | 15 | 23 | 220 |
| 65 and older | 14 | 15 | 5 | 5 | 3 | 9 | 9 | 60 |
| Total | 2,444 | 1,280 | 609 | 458 | 243 | 179 | 119 | 5,332 |

Averages:

Age: 42.9

Service: 8.2

Note: The total count includes six active employees who are age 70 1/2 and are receiving benefits.

Table B

## Suburban Teamsters of Northern Illinois Pension Plan

| Contribution Rate | Number of Participants | Contribution Rate | Number of Participants |
|---|---|---|---|
| x < 10 | 0 | 80 <= x < 82 | 76 |
| 10 <= x < 12 | 66 | 82 <= x < 84 | 2 |
| 12 <= x < 14 | 0 | 84 <= x < 86 | 52 |
| 14 <= x < 16 | 0 | 86 <= x < 88 | 20 |
| 16 <= x < 18 | 0 | 88 <= x < 90 | 49 |
| 18 <= x < 20 | 0 | 90 <= x < 92 | 45 |
| 20 <= x < 22 | 64 | 92 <= x < 94 | 23 |
| 22 <= x < 24 | 0 | 94 <= x < 96 | 56 |
| 24 <= x < 26 | 25 | 96 <= x < 98 | 71 |
| 26 <= x < 28 | 0 | 98 <= x < 100 | 49 |
| 28 <= x < 30 | 1 | 100 <= x < 102 | 26 |
| 30 <= x < 32 | 22 | 102 <= x < 104 | 43 |
| 32 <= x < 34 | 0 | 104 <= x < 106 | 26 |
| 34 <= x < 36 | 11 | 106 <= x < 108 | 31 |
| 36 <= x < 38 | 1 | 108 <= x < 110 | 201 |
| 38 <= x < 40 | 0 | 110 <= x < 112 | 171 |
| 40 <= x < 42 | 53 | 112 <= x < 114 | 83 |
| 42 <= x < 44 | 22 | 114 <= x < 116 | 7 |
| 44 <= x < 46 | 130 | 116 <= x < 118 | 24 |
| 46 <= x < 48 | 0 | 118 <= x < 120 | 78 |
| 48 <= x < 50 | 0 | 120 <= x < 122 | 16 |
| 50 <= x < 52 | 243 | 122 <= x < 124 | 50 |
| 52 <= x < 54 | 29 | 124 <= x < 126 | 17 |
| 54 <= x < 56 | 169 | 126 <= x < 128 | 59 |
| 56 <= x < 58 | 1 | 128 <= x < 130 | 19 |
| 58 <= x < 60 | 2 | 130 <= x < 132 | 55 |
| 60 <= x < 62 | 34 | 132 <= x < 134 | 693 |
| 62 <= x < 64 | 0 | 134 <= x < 136 | 77 |
| 64 <= x < 66 | 105 | 136 <= x < 138 | 1 |
| 66 <= x < 68 | 58 | 138 <= x < 140 | 170 |
| 68 <= x < 70 | 5 | 140 <= x < 142 | 1013 |
| 70 <= x < 72 | 25 | 142 <= x < 144 | 4 |
| 72 <= x < 74 | 25 | 144 <= x < 146 | 7 |
| 74 <= x < 76 | 108 | 146 <= x < 148 | 565 |
| 76 <= x < 78 | 0 | 148 <= x < 150 | 171 |
| 78 <= x < 80 | 82 | 150 <= x | 1 |

| | |
|---|---|
| Number of active participants | 5,332 |
| Average contribution rate | $110.21 |

January 1, 2006 Valuation                                      Page 6

Table C

## Suburban Teamsters of Northern Illinois Pension Plan

Inactive Participants as of January 1, 2006 by Monthly Benefit Amount and Option

| Monthly Benefits | Age Retirees | | | | Disabled Retirees | | | Survivors | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Level | J&S | Step | Total | Level | J&S | Total | | |
| Less than $200 | 197 | 65 | 13 | 275 | 3 | | 3 | 148 | 426 |
| $200 - $399 | 280 | 75 | 41 | 396 | 2 | 1 | 3 | 165 | 564 |
| $400 - $599 | 221 | 54 | 31 | 306 | 8 | 3 | 11 | 59 | 376 |
| $600 - $799 | 191 | 49 | 27 | 267 | 10 | 4 | 14 | 39 | 320 |
| $800 - $999 | 174 | 44 | 21 | 239 | 10 | 5 | 15 | 27 | 281 |
| $1,000 - $1,199 | 133 | 37 | 21 | 191 | 5 | 4 | 9 | 13 | 213 |
| $1,200 - $1,399 | 98 | 26 | 16 | 140 | 6 | 1 | 7 | 8 | 155 |
| $1,400 - $1,599 | 56 | 33 | 15 | 104 | 2 | 4 | 6 | 9 | 119 |
| $1,600 - $1,799 | 43 | 18 | 9 | 70 | 1 | 2 | 3 | 6 | 79 |
| $1,800 - $1,999 | 51 | 23 | 12 | 86 | | | | 7 | 93 |
| $2,000 - $2,199 | 35 | 25 | 17 | 77 | | | | 3 | 80 |
| $2,200 - $2,399 | 16 | 19 | 14 | 49 | | | | 5 | 54 |
| $2,400 - $2,599 | 24 | 17 | 11 | 52 | 1 | | 1 | 5 | 58 |
| $2,600 - $2,799 | 13 | 20 | 7 | 40 | 1 | | 1 | 2 | 43 |
| $2,800 - $2,999 | 11 | 17 | 7 | 35 | | | | | 35 |
| $3,000 - $3,199 | 11 | 7 | 10 | 28 | | | | | 28 |
| $3,200 - $3,399 | 6 | 11 | 8 | 25 | | | | | 25 |
| $3,400 - $3,599 | 2 | 2 | 11 | 15 | | | | | 15 |
| $3,600 - $3,799 | 2 | 1 | 4 | 7 | | | | | 7 |
| $3,800 - $3,999 | 2 | 3 | 8 | 13 | | | | 1 | 14 |
| $4,000 - $4,199 | 1 | | 9 | 10 | | | | | 10 |
| $4,200 - $4,399 | | | 7 | 7 | | | | | 7 |
| $4,400 - $4,599 | 1 | | 6 | 7 | | | | | 7 |
| $4,600 - $4,799 | 1 | | 2 | 3 | | | | | 3 |
| $4,800 and over | | | 11 | 11 | | | | | 11 |
| Total | 1,569 | 546 | 338 | 2,453 | 49 | 24 | 73 | 497 | 3,023 |

Note:   Actives employees who are 70 1/2 and are receiving benefits are not included in this table.

Table D

# Suburban Teamsters of Northern Illinois Pension Plan

Participant Reconciliation from January 1, 2005 to January 1, 2006

| | Actives* | Terminated Vested | Retired | Disabled | Spouses | Total |
|---|---|---|---|---|---|---|
| 1. January 1, 2005 Valuation | 5,323 | 1,947 | 2,373 | 67 | 492 | 10,202 |
| 2. Additions | | | | | | |
| a. New entrants | 698 | | | | | 698 |
| b. QDRO | | | 7 | | | 7 |
| c. Reciprocity | | | 12 | 2 | | 14 |
| d. Data corrections | | | | | | |
| e. Total | 698 | | 19 | 2 | | 719 |
| 3. Reductions | | | | | | |
| a. Terminated - not vested | (467) | | | | | (467) |
| b. Lump sum | | | | | | |
| c. Deaths w/o beneficiary & Benefits expired | (4) | (1) | (38) | (1) | (44) | (88) |
| d. Age 70 1/2 | | | | | | |
| e. Data corrections | | | | | | |
| f. Total | (471) | (1) | (38) | (1) | (44) | (555) |
| 4. Changes in status | | | | | | |
| a. Terminated - vested | (157) | 157 | | | | |
| b. Returned to work | 32 | (30) | (2) | | | |
| c. Retired | (90) | (52) | 142 | | | |
| d. Disabled | (2) | (4) | | 6 | | |
| e. Died with beneficiary | (1) | (3) | (41) | (1) | 46 | |
| f. Data corrections | | | | | 3 | 3 |
| g. Total | (218) | 68 | 99 | 5 | 49 | 3 |
| 5. January 1, 2006 Valuation | 5,332 | 2,014 | 2,453 | 73 | 497 | 10,369 |

* The active count includes six active employees who are age 70 1/2 and are receiving benefits.

**Table E**

# Suburban Teamsters of Northern Illinois Pension Plan

Summary of Plan Cost

| | | Plan Year Beginning | |
| --- | --- | --- | --- |
| | | 1/1/2005 | 1/1/2006 |
| 1. | Contribution history | | |
| | a. Number of active employees at beginning of year | 5,323 | 5,332 |
| | b. Actual contributions | 24,821,098 | TBD |
| | c. Average contribution rate | $104.58 | $110.21 |
| | d. Weeks of contribution | 237,341 | TBD |
| 2. | Expected weeks worked | 222,395 | 227,676 |
| 3. | Plan cost | | |
| | a. Normal cost (payable monthly) | 9,536,488 | 10,297,047 |
| | b. Expected administrative expenses | 890,000 | 1,060,000 |
| | c. Unfunded accrued liability on the basis of market value of assets | 150,866,636 | 161,393,314 |
| | d. Amortization of unfunded accrued liability over 25 years | 13,090,245 | 14,003,614 |
| | e. Total plan cost | | |
| |    i. Dollars | 23,516,733 | 25,360,661 |
| |    ii. Dollars per week | $105.74 | $111.39 |
| 4. | Margin - Surplus or deficit of contributions over plan cost | | |
| | a. Average contribution rate | $104.58 | $110.21 |
| | b. Expected contributions | $23,260,000 | $25,090,000 |
| | c. Surplus contributions | (256,733) | (270,661) |
| | d. Margin as a percentage of expected contributions | -1.1% | -1.1% |
| 5. | Number of years to pay off unfunded accrued liability | | |
| | a. Normal cost plus expenses [#3(a) + #3(b)] | $10,426,488 | $11,357,047 |
| | b. Expected contributions | 23,260,000 | 25,090,000 |
| | c. Amount left to pay unfunded liability [#5(b) - #5(a)] | 12,833,512 | 13,732,953 |
| | d. Unfunded accrued liability | | |
| |    i. Amount (based on market value of assets) | 150,866,636 | 161,393,314 |
| |    ii. Number of years to pay off | 26.5 years | 26.5 years |

January 1, 2006 Valuation

**Table F**

## Suburban Teamsters of Northern Illinois Pension Plan

Reconciliation of Plan Cost

| | | |
|---|---|---:|
| 1. | Plan cost for 2005 | $23,516,733 |
| | | |
| 2. | Change in plan cost due to | |
| | a.  Change in assumed expenses | 170,000 |
| | b.  Increase in expected weeks worked | 238,863 |
| | c.  (Gain)/loss on market value of assets | 351,566 |
| | d.  Contributions greater than plan cost | (113,176) |
| | e.  Increase in average contribution rate | 526,017 |
| | f.  Increase in liability due to reciprocity retirements | 41,097 |
| | g.  Increase in cost for new hires | 186,470 |
| | h.  Increase/(decrease) due to other assumptions | 443,091 |
| | i.  Total | 1,843,928 |
| | | |
| 3. | Plan cost for 2006 | $25,360,661 |

**Table G**

## Suburban Teamsters of Northern Illinois Pension Plan

Present Value of Accrued and Vested Benefits as of December 31, 2005
FAS No. 35 Disclosure at 8.00%

**Present Value of Accumulated Plan Benefits**

| | | |
|---|---|---:|
| 1. | Vested benefits | |
| | a.  Participants currently receiving benefits | $275,388,248 |
| | b.  Other vested benefits | 257,654,123 |
| | c.  Total vested benefits | 533,042,371 |
| | | |
| 2. | Nonvested benefits | 16,956,509 |
| | | |
| 3. | Total present value of accumulated plan benefits | 549,998,880 |
| | | |
| 4. | Assets at market value on 12/31/2005 | 468,968,049 |
| | | |
| 5. | Funded ratio | |
| | a.  Vested [#4 ÷ #1(c)] | 88% |
| | b.  Accrued [#4 ÷ #3] | 85% |

**Change in Present Value of Accrued Benefits from 1/1/2005 to 12/31/2005**

| | | | |
|---|---|---:|---:|
| 1. | Present value of accrued benefits on 1/1/2005 | | $525,607,462 |
| | | | |
| 2. | Increase/(decrease) during the year attributable to: | | |
| | a.  Benefits paid | (35,410,975) | |
| | b.  Interest during the year | 40,632,158 | |
| | c.  Benefits accumulated and actuarial gains and losses | 19,170,235 | |
| | d.  Total increase/(decrease) | 24,391,418 | |
| | | | |
| 3. | Present value of accrued benefits on 1/1/2006 | | $549,998,880 |

**Table H**

## Suburban Teamsters of Northern Illinois Pension Plan

Withdrawal Liability Determination as of December 31, 2005

| | | |
|---|---|---:|
| 1. | Present value of vested plan benefits at 12/31/2005 | |
| | a.    Participants currently receiving benefits | $275,388,248 |
| | b.    Other vested benefits | 257,654,123 |
| | c.    Total vested benefits | 533,042,371 |
| 2. | Assets at market value on 12/31/2005 | 468,968,049 |
| 3. | Unfunded vested benefits [#1(c) - #2, not less than $0] | 64,074,322 |
| 4. | Percent vested [#2 ÷ #1(c)] | 88% |

**Table I**

# Suburban Teamsters of Northern Illinois Pension Plan

Reconciliation of Assets as of December 31, 2005

| | | | |
|---|---|---|---:|
| 1. | Assets at beginning of period | | $451,479,871 |
| | | | |
| 2. | Receipts | | |
| | a. | Net appreciation in fair value of investments | 10,923,897 |
| | b. | Interest | 19,717,384 |
| | c. | Employer contributions | 24,821,098 |
| | d. | Total receipts | 55,462,379 |
| | | | |
| 3. | Disbursements | | |
| | a. | Benefit payments | 35,410,975 |
| | b. | Investment expenses | 1,506,613 |
| | c. | Administrative expenses | 1,056,613 |
| | d. | Total disbursements | 37,974,201 |
| | | | |
| 4. | Assets at end of period | | 468,968,049 |

Table J-1

# Suburban Teamsters of Northern Illinois Pension Plan

Calculation of Actuarial Value of Assets as of January 1, 2006 - Old Method

|   |   |   | Net Appreciation | Portion Not Recognized | Appreciation Not Recognized |
|---|---|---|---|---|---|
| 1. | Period |   |   |   |   |
|   | a. | 1/1/2005 - 12/31/2005 | $10,923,897 | 75% | $8,192,923 |
|   | b. | 1/1/2004 - 12/31/2004 | 19,537,685 | 50% | 9,768,843 |
|   | c. | 1/1/2003 - 12/31/2003 | 37,979,574 | 25% | 9,494,894 |
|   | d. | Total |   |   | 27,456,660 |
| 2. | Market value of assets as of December 31, 2005 |   |   |   | 468,968,049 |
| 3. | Preliminary actuarial value of assets [#2 - #1(d)] |   |   |   | 441,511,389 |
| 4. | Actuarial value of assets restricted to the range of |   |   |   |   |
|   | a. | 80% of the current market value of assets |   |   | 375,174,439 |
|   | b. | 120% of the current market value of assets |   |   | 562,761,659 |
| 5. | Actuarial value of assets as of December 31, 2005 |   |   |   | $441,511,389 |

**Table J-2**

# Suburban Teamsters of Northern Illinois Pension Plan

Calculation of Actuarial Value of Assets as of January 1, 2006 - New Method

1.  Market value of assets as of January 1, 2006                    $468,968,049

2.  Actuarial value of assets as of January 1, 2006                 $468,968,049

Asset valuation method is changed to phase-in the excess of actual asset return over expected over a period of 4 years subject to minimum of 80% and maximum of 120% of the market value. For 2006 valuation, actuarial value of assets is same as the market value of assets. The phase-in will start from 2007 valuation.

January 1, 2006 Valuation                                               Page 15

**Table K**

# Suburban Teamsters of Northern Illinois Pension Plan

Calculation of (Gain)/Loss on Assets for Year Ended December 31, 2005

|  |  | Actuarial Value | Market Value |
|---|---|---|---|
| 1. | Value of assets as of 1/1/2006 | $468,968,049 | $468,968,049 |
| 2. | Calculation of expected value of assets as of 1/1/2006 |  |  |
| a. | Value of assets as of 1/1/2005 | 424,720,006 | 451,479,871 |
| b. | Contributions | 24,821,098 | 24,821,098 |
| c. | Benefits paid | 35,410,975 | 35,410,975 |
| d. | Expenses | 1,056,613 | 1,056,613 |
| e. | Expected earnings at 7.50% | 31,179,514 | 33,186,503 |
| f. | Change in asset valuation method | 27,456,660 | 0 |
| g. | Expected value of assets as of 1/1/2006 | 471,709,690 | 473,019,884 |
| 3. | Asset (gain)/loss [#2(g) - #1] | 2,741,641 | 4,051,835 |
| 4. | Rate of return on assets | 6.8% | 6.6% |

**Historical Rates of Return**

| | Actuarial Value | Market Value |
|---|---|---|
| January 1, 2000 through December 31, 2000 | 9.6% | 4.5% |
| January 1, 2001 through December 31, 2001 | 10.4% | 6.0% |
| January 1, 2002 through December 31, 2002 | 2.2% | -2.5% |
| January 1, 2003 through December 31, 2003 | 3.5% | 14.3% |
| January 1, 2004 through December 31, 2004 | 5.3% | 8.8% |
| January 1, 2005 through December 31, 2005 | 6.8% | 6.6% |

**Table L**

# Suburban Teamsters of Northern Illinois Pension Plan

Determination of Normal Cost and Unfunded Accrued Liability for 2006

|  |  | Market Value of Assets | Actuarial Value of Assets (old) | Actuarial Value of Assets (new) |
|---|---|---|---|---|
| 1. | Entry age normal cost as of January 1 |  |  |  |
| a. | Age retirements | 6,568,081 | $6,568,081 | $6,568,081 |
| b. | Vesting | 2,297,845 | 2,297,845 | 2,297,845 |
| c. | Survivor | 389,012 | 389,012 | 389,012 |
| d. | Disability | 439,206 | 439,206 | 439,206 |
| e. | Lump sum death benefit | 209,471 | 209,471 | 209,471 |
| f. | Total | 9,903,615 | 9,903,615 | 9,903,615 |
| 2. | Normal cost payable mid-year |  |  |  |
| a. | Normal cost | 10,297,047 | 10,297,047 | 10,297,047 |
| b. | Expected administrative expenses | 1,060,000 | 1,060,000 | 1,060,000 |
| c. | Total | 11,357,047 | 11,357,047 | 11,357,047 |
| 3. | Accrued liability |  |  |  |
| a. | Retirees and beneficiaries | 284,398,905 | 284,398,905 | 284,398,905 |
| b. | Terminated vested employees | 71,366,152 | 71,366,152 | 71,366,152 |
| c. | Actives |  |  |  |
| i. | Age retirements | 213,946,433 | 213,946,433 | 213,946,433 |
| ii. | Vesting | 30,492,808 | 30,492,808 | 30,492,808 |
| iii. | Survivor | 10,165,047 | 10,165,047 | 10,165,047 |
| iv. | Disability | 10,266,319 | 10,266,319 | 10,266,319 |
| v. | Lump sum death benefit | 6,157,391 | 6,157,391 | 6,157,391 |
| vi. | Total actives | 271,027,998 | 271,027,998 | 271,027,998 |
| d. | Reciprocity | 3,568,308 | 3,568,308 | 3,568,308 |
| e. | Total | 630,361,363 | 630,361,363 | 630,361,363 |
| 4. | Actuarial/Market value of assets | 468,968,049 | 441,511,389 | 468,968,049 |
| 5. | Unfunded accrued liability [#3(e) - #4] | 161,393,314 | 188,849,974 | 161,393,314 |

**Table M**

# Suburban Teamsters of Northern Illinois Pension Plan

Determination of 2005 (Gain)/Loss

**Expected Unfunded Accrued Liability**

| | | |
|---|---|---:|
| 1. | Unfunded accrued liability as of 1/1/2005 | $177,626,501 |
| 2. | Normal cost and expected expenses for 2005 | 10,028,111 |
| 3. | Interest on #1 and #2 to 12/31/2005 at 7.50% | 14,074,096 |
| 4. | Contributions for the 2005 plan year | 24,821,098 |
| 5. | Interest on #4 to 12/31/2005 at 7.50% | 693,048 |
| 6. | Change in asset valuation method | 27,456,660 |
| 7. | Expected unfunded accrued liability as of 1/1/2006 [#1 + #2 + #3 - #4 - #5 - #6] | 148,757,902 |

**Determination and Analysis of Gain or Loss**

| | | |
|---|---|---:|
| 8. | Total actuarial (gain)/loss | |
| | a. Actual unfunded accrued liability as of 1/1/2006 | 161,393,314 |
| | b. Expected unfunded accrued liability as of 1/1/2006 | 148,757,902 |
| | c. Total actuarial (gain)/loss [#8(a) - #8(b)] | 12,635,412 |
| 9. | Asset (gain)/loss | 2,741,641 |
| 10. | Liability (gain)/loss [#8(c) - #9] | 9,893,771 |

January 1, 2006 Valuation

Table N-1

# Suburban Teamsters of Northern Illinois Pension Plan

Calculation of Funding Standard Account Amortization Payments and Balances

| Description | | Inception | Initial Information | | 1/1/2005 | 1/1/2006 Information | | |
| | | | Balance | Period | Balance | Balance | Period | Payment |
|---|---|---|---|---|---|---|---|---|
| 1. | Charges | | | | | | | |
| a. | Combined bases | 1/1/1984 | $92,991,887 | 27 | $37,249,916 | $32,107,756 | 5 | $7,382,237 |
| b. | Plan amendment | 1/1/1985 | 1,603,427 | 30 | 914,440 | 849,801 | 9 | 123,926 |
| c. | Plan amendment | 1/1/1986 | 20,906,928 | 30 | 12,739,440 | 11,953,449 | 10 | 1,619,953 |
| d. | Plan amendment | 1/1/1987 | 1,128,027 | 30 | 728,577 | 689,031 | 11 | 87,617 |
| e. | Plan amendment | 1/1/1988 | 33,328,039 | 30 | 22,666,321 | 21,576,883 | 12 | 2,594,802 |
| f. | Plan amendment | 1/1/1991 | 32,686,649 | 30 | 25,174,079 | 24,308,313 | 15 | 2,561,695 |
| g. | Plan amendment | 1/1/1992 | 1,040,939 | 30 | 828,232 | 802,556 | 16 | 81,667 |
| h. | Experience loss | 1/1/1993 | 335,663 | 15 | 98,411 | 67,949 | 2 | 35,202 |
| i. | Plan amendment | 1/1/1994 | 10,309,208 | 30 | 8,676,840 | 8,456,354 | 18 | 810,465 |
| j. | Plan amendment | 1/1/1995 | 5,097,103 | 30 | 4,395,655 | 4,294,150 | 19 | 401,097 |
| k. | Experience loss | 1/1/1996 | 2,972,902 | 15 | 1,580,848 | 1,362,619 | 5 | 313,294 |
| l. | Plan amendment | 1/1/1996 | 28,370,705 | 30 | 25,015,081 | 24,489,030 | 20 | 2,234,588 |
| m. | Plan amendment | 1/1/1997 | 9,469,404 | 30 | 8,512,715 | 8,349,383 | 21 | 745,847 |
| n. | Change in method | 1/1/1997 | 12,496,352 | 10 | 3,268,904 | 1,693,528 | 1 | 1,693,528 |
| o. | Experience loss | 1/1/1997 | 15,967,765 | 15 | 9,581,255 | 8,490,905 | 6 | 1,682,739 |
| p. | Change in assumptions | 1/1/1998 | 6,564,679 | 30 | 6,006,784 | 5,901,453 | 22 | 517,060 |
| q. | Plan amendment | 1/1/1999 | 17,078,151 | 30 | 15,881,679 | 15,626,777 | 23 | 1,345,142 |
| r. | Change in assumptions | 1/1/1999 | 3,462,977 | 30 | 3,220,364 | 3,168,676 | 23 | 272,758 |
| s. | Plan amendment | 1/1/2000 | 17,260,107 | 30 | 16,290,533 | 16,050,888 | 24 | 1,359,474 |
| t. | Plan amendment | 1/1/2001 | 19,459,310 | 30 | 18,617,525 | 18,366,195 | 25 | 1,532,692 |
| u. | Plan amendment | 1/1/2002 | 15,616,237 | 30 | 15,128,322 | 14,940,700 | 26 | 1,229,996 |
| v. | Experience loss | 1/1/2003 | 24,349,665 | 15 | 22,415,182 | 21,337,815 | 12 | 2,566,053 |
| w. | Plan amendment | 1/1/2003 | 13,013,053 | 30 | 12,751,910 | 12,606,472 | 27 | 1,024,959 |
| x. | Experience loss | 1/1/2004 | 20,108,490 | 15 | 19,338,591 | 18,510,950 | 13 | 2,119,102 |
| y. | Plan amendment | 1/1/2004 | 10,634,133 | 30 | 10,531,288 | 10,420,730 | 28 | 837,586 |
| z. | Experience loss | 1/1/2005 | 22,081,025 | 15 | 22,081,025 | 21,235,604 | 14 | 2,326,975 |
| aa. | Experience loss | 1/1/2006 | 12,635,412 | 15 | N/A | 12,635,412 | 15 | 1,331,564 |
| ab. | Total charges | | $450,968,237 | | $323,693,917 | $320,293,379 | | $38,832,018 |

Table N-2

## Suburban Teamsters of Northern Illinois Pension Plan

Calculation of Funding Standard Account Amortization Payments and Balances

| Description | Inception | Initial Information Balance | Period | 1/1/2005 Balance | 1/1/2006 Information Balance | Period | Payment |
|---|---|---|---|---|---|---|---|
| **2. Credits** | | | | | | | |
| a. Combined bases | 1/1/1984 | $33,784,924 | 24 | $7,791,317 | $5,379,612 | 2 | $2,787,028 |
| b. Plan amendment | 1/1/1989 | 685,094 | 30 | 487,872 | 466,992 | 13 | 53,460 |
| c. Experience gain | 1/1/1991 | 3,317,676 | 15 | 346,723 | 0 | 0 | 0 |
| d. Change in assumptions | 1/1/1991 | 12,980,399 | 30 | 9,997,036 | 9,653,226 | 15 | 1,017,291 |
| e. Experience gain | 1/1/1992 | 5,190,639 | 15 | 1,048,933 | 543,423 | 1 | 543,423 |
| f. Change in assumptions | 1/1/1993 | 1,172,426 | 30 | 960,744 | 933,815 | 17 | 92,079 |
| g. Experience gain | 1/1/1994 | 2,299,939 | 15 | 869,903 | 675,421 | 3 | 241,604 |
| h. Experience gain | 1/1/1995 | 113,236 | 15 | 51,820 | 42,899 | 4 | 11,915 |
| i. Change in assumptions | 1/1/1996 | 15,175,191 | 30 | 13,380,304 | 13,098,924 | 20 | 1,195,258 |
| j. Change in asset method | 1/1/1996 | 9,964,582 | 10 | 1,350,417 | 0 | 0 | 0 |
| k. Experience gain | 1/1/1998 | 13,859,166 | 15 | 9,196,357 | 8,316,017 | 7 | 1,460,527 |
| l. Plan amendment | 1/1/1998 | 9,555,172 | 30 | 8,743,133 | 8,589,820 | 22 | 752,603 |
| m. Experience gain | 1/1/1999 | 8,886,903 | 15 | 6,422,089 | 5,896,973 | 8 | 936,533 |
| n. Experience gain | 1/1/2000 | 6,420,064 | 15 | 4,992,323 | 4,639,436 | 9 | 676,569 |
| o. Experience gain | 1/1/2001 | 10,879,911 | 15 | 9,016,662 | 8,460,356 | 10 | 1,146,563 |
| p. Experience gain | 1/1/2002 | 9,090,984 | 15 | 7,966,505 | 7,534,100 | 11 | 958,039 |
| q. Change in assumptions | 1/1/2003 | 11,064,013 | 30 | 10,841,983 | 10,718,328 | 27 | 871,445 |
| r. Plan amend. (formula) | 1/1/2004 | 24,803,948 | 30 | 24,564,063 | 24,306,187 | 28 | 1,953,657 |
| s. Change in asset method | 1/1/2006 | 27,456,660 | 10 | N/A | 27,456,660 | 10 | 3,720,976 |
| t. Total credits | | $206,700,927 | | $118,028,184 | $136,712,189 | | $18,418,970 |
| | | | | | | | |
| 3. Net charges less credits [#1(ab) - #2(t)]. | | $183,581,190 | | | | | $20,413,048 |
| | | | | | | | |
| 4. Credit balance | | $22,187,876 | | | | | |
| | | | | | | | |
| 5. Unfunded accrued liability [#3 - #4] | | $161,393,314 | | | | | |

January 1, 2006 Valuation

Table O

# Suburban Teamsters of Northern Illinois Pension Plan

Determination of Minimum and Maximum Deductible Contribution for 2006

**Minimum Contribution**

1. Charges
   | | | |
   |---|---|---:|
   | a. | Normal cost | $9,903,615 |
   | b. | Expected expenses (discounted to January 1) | 1,019,499 |
   | c. | Amortization charges (outstanding balance of $320,293,379) | 38,832,018 |
   | d. | Interest as applicable on (a), (b) and (c) to end of year | 3,731,635 |
   | e. | Total charges | 53,486,767 |

2. Credits
   | | | |
   |---|---|---:|
   | a. | Prior year credit balance | 22,187,876 |
   | b. | Amortization credits (outstanding balance of $136,712,189) | 18,418,970 |
   | c. | Interest as applicable on (a) and (b) to end of year | 3,045,513 |
   | d. | Full funding credit | 0 |
   | e. | Total credits | 43,652,359 |

3. Minimum contribution as of 12/31/2006 [#1(e) - #2(e), not less than $0]     9,834,408

**Maximum Deductible Contribution**

1. Normal cost and expenses with interest to end of the year     $11,742,348

2. 10-year amortization charges with interest to end of the year     23,512,734

3. Minimum required contribution     9,834,408

4. Full funding limit     223,114,701

5. Preliminary maximum deductible contribution as of 12/31/2006
   [greater of #1 + #2 and #3, not greater than #4]     35,255,082

6. Unfunded current liability
   | | | |
   |---|---|---:|
   | a. | Current liability, at end of year | 761,918,134 |
   | b. | Assets, at end of year | 462,611,620 |
   | c. | Unfunded current liability | 299,306,514 |

7. Maximum deductible contribution
   [greater of #5 and #6(c)]     299,306,514

January 1, 2006 Valuation

**Table P**

# Suburban Teamsters of Northern Illinois Pension Plan

Funding Standard Account for Year Ended December 31, 2005

| | | | |
|---|---|---|---:|
| 1. | Charges | | |
| | a. | Normal cost including expenses | $10,028,111 |
| | b. | Amortization charges (outstanding balance of $323,693,917) | 37,500,459 |
| | c. | Interest as applicable on (a) and (b) to end of year | 3,564,643 |
| | d. | Total charges | 51,093,213 |
| | | | |
| 2. | Credits | | |
| | a. | Prior year credit balance | 28,039,232 |
| | b. | Employer contributions | 24,821,098 |
| | c. | Amortization credits (outstanding balance of $118,028,184) | 16,395,134 |
| | d. | Interest as applicable on (a), (b) and (c) to end of year | 4,025,625 |
| | e. | Total credits | 73,281,089 |
| | | | |
| 3. | Credit balance as of December 31, 2005 | | 22,187,876 |

January 1, 2006 Valuation

**Table Q**

## Suburban Teamsters of Northern Illinois Pension Plan

Disclosure Information for the 2006 Schedule B (Form 5500)

| | | Number | Vested Benefits | Total Benefits |
|---|---|---|---|---|
| 1. | RPA '94 current liability, interest rate of 5.77% | | | |
| | a.  Retirees and beneficiaries | 3,023 | $332,702,397 | $332,702,397 |
| | b.  Terminated vested participants | 2,014 | 101,372,002 | 101,372,002 |
| | c.  Active participants | 5,332 | 278,533,337 | 305,083,699 |
| | d.  Total | 10,369 | 712,607,736 | 739,158,098 |
| 2. | Expected increase in liability due to benefits accruing during the plan year, interest rate = 5.77% | | | 19,104,264 |
| 3. | RPA '94 current liability computed at highest allowable interest rate of 5.77% | | | 739,158,098 |
| 4. | Expected plan benefit payments during the plan year | | | 38,971,635 |

January 1, 2006 Valuation

**Table R**

# Suburban Teamsters of Northern Illinois Pension Plan

Full Funding Limitations for 2006

|  |  |  | Minimum | Maximum |
|---|---|---|---|---|
| 1. | | Assets for full funding as of 12/31/2006 | | |
| | a. | Lesser of market value and actuarial value of assets as of 1/1/2006 | $468,968,049 | $468,968,049 |
| | b. | Credit balance as of 1/1/2006 | 22,187,876 | N/A |
| | c. | Assets less credit balance | 446,780,173 | 468,968,049 |
| | d. | Expected benefit payments | 38,971,635 | 38,971,635 |
| | e. | Expected expenses discounted to 1/1 | 1,019,499 | 1,019,499 |
| | f. | Interest on (c), (d) and (e) to 12/31/2006 | 31,970,614 | 33,634,705 |
| | g. | Projected assets less credit balance (for Minimum) as of 12/31/2006 | 438,759,653 | 462,611,620 |
| 2. | | Accrued liability full funding limitation | | |
| | a. | Entry age normal accrued liability as of 1/1/2005 | 630,361,363 | 630,361,363 |
| | b. | Entry age normal cost as of 1/1/2006 | 9,903,615 | 9,903,615 |
| | c. | Expected benefit payments | 38,971,635 | 38,971,635 |
| | d. | Interest at 7.50% on (a), (b) and (c) to 12/31/2006 | 46,558,437 | 46,558,437 |
| | e. | Projected accrued liability as of 12/31/2006 | 647,851,780 | 647,851,780 |
| | f. | Accrued liability full funding limitation [#2(e) - #1(g), not less than $0] | 209,092,127 | 185,240,160 |
| 3. | | Assets for full funding override | | |
| | a. | Actuarial value of assets as of 1/1/2006 | $468,968,049 | $468,968,049 |
| | b. | Expected benefit payments | 38,971,635 | 38,971,635 |
| | c. | Expected expenses | 1,019,499 | 1,019,499 |
| | d. | Interest on (a), (b) and (c) to 12/31/2006 | 33,634,705 | 33,634,705 |
| | e. | Projected assets as of 12/31/2006 | 462,611,620 | 462,611,620 |
| 4. | | RPA '94 current liability override | | |
| | a. | RPA '94 current liability as of 1/1/2006 | 739,158,098 | 739,158,098 |
| | b. | Expected increase in accruals | 19,104,264 | 19,104,264 |
| | c. | Expected benefit payments | 38,971,635 | 38,971,635 |
| | d. | Interest at 5.77% on (a), (b) and (c) to 12/31/2006 | 42,627,407 | 42,627,407 |
| | e. | RPA '94 current liability | 761,918,134 | 761,918,134 |
| | f. | RPA '94 override [90% x #4(e) - #3(e), not less than $0] | 223,114,701 | 223,114,701 |
| 5. | | Full funding limitation [#2(f), not less than #4(f)] | 223,114,701 | 223,114,701 |

January 1, 2006 Valuation

**Technical Appendix**

# Suburban Teamsters of Northern Illinois Pension Plan

**Active Employee Data**
The valuation is based on data provided by the Fund Office, OBA Midwest and the Prudential Companies.

Data was submitted for 5,332 active participants. Of these, 3,195 are vested.

**Inactive Participant Data**
The plan sponsor submitted data on 3,023 retirees and beneficiaries in pay status as of January 1, 2006. There are also 2,014 terminated vested participants entitled to future benefits. The data is summarized below:

|                    | Number | Average Monthly Pension |
|--------------------|--------|-------------------------|
| Retirees           | 2,453  | $1,066                  |
| Disabled retirees  | 73     | 932                     |
| Beneficiaries      | 497    | 495                     |
| Terminated vested  | 2,014  | 595                     |

**Plan Summary**

1. Effective date of plan

    December 15, 1955.

2. Participation

    An employee becomes a participant on the day he completes 10 weeks of covered employment. However, if an employee's first covered hour is on the day his employer is first obligated to contribute for him, he becomes a participant on that day.

3. Plan year

    Calendar year.

4. Vesting credits

    A year of vesting credit is earned for each plan year in which the participant has at least 20 weeks of employment.

5. Benefit credits
    a. Future

| Weeks of Employment | Benefit Credits |
|---|---|
| 40-52 | 1.0 |
| 36-39 | .9 |
| 32-35 | .8 |
| 28-31 | .7 |
| 24-27 | .6 |
| 20-23 | .5 |
| 16-19 | .4 |
| 12-15 | .3 |
| 8-11 | .2 |
| 4-7 | .1 |
| less than 4 | none |

    b. Past

    $1/10^{th}$ of a credit for each 100 hours of contiguous employment in a year prior to the employer's obligation to contribute. No more than 5 past credits or more than the future service benefit credits will be granted.

    c. Maximum

    38 benefit credits.

6. Period of benefit accrual

    Each distinct period during which an active participant earns benefit credit beginning on first day first covered hour (not included in a previous period of benefit accrual) and ending on the day when he becomes inactive (a year with less than 10 weeks of employment).

7. Accrued benefit during a period of benefit accrual

    Benefit credits for the period of benefit accrual multiplied by the benefit level factor for that period.

8.    Accrued benefit

The total of the accrued benefits earned for each period of benefit accrual. Effective January 1, 2004, the accrued benefit for a participant is equal to:

   a.  The accrued benefit as of December 31, 2003, plus
   b.  The sum of the benefits earned for all periods of benefit accrual beginning January 1, 2004. The benefit earned during a period of benefit accrual is equal to 0.7 times the employer contribution rate times the number of benefit service credits earned at that employer contribution rate.

9.    Normal retirement
   a.  Eligibility

Attained age of 60 or the 5th anniversary of the date the employee became a participant or the accumulation of 5 vesting credits.

   b.  Benefit

Accrued benefit.

10.   Early retirement
   a.  Eligibility

Attainment of age 55 and 5 or more vesting or benefit credits.

   b.  Benefit

Accrued benefit reduced by 6% for each year that retirement precedes age 60.

11.   30 and Out
   a.  Eligibility

30 contributory benefit credits.

   b.  Benefit

Accrued benefit unreduced for retirement prior to age 60.

12.   25 and Out
   a.  Eligibility

25 contributory benefit credits.

   b.  Benefit

Special "25 and Out" pension based on the accrued benefit, and reduced by 6% for retirement prior to age 60; however, the reduction cannot exceed 30% of the accrued benefit. Special provisions apply to service prior to January 1, 2005.

13.   Disability retirement
   a.  Eligibility

Cessation of covered employment due to onset of permanent and total disability benefit after becoming vested and being active in at least one year during the three years preceding the onset of disability. Onset of disability must be prior to age 60.

   b.  Benefit

Accrued benefit, payable for life only.

14. Deferred vested retirement
    a. Eligibility                5 or more vesting or benefit credits.

    b. Benefit                   Accrued benefit, or if the participant retires early, the benefit is reduced in the same manner as an early retirement benefit.

15. Pre-retirement spouse death benefit
    a. Eligibility                5 or more Vesting or Benefit Credits.

    b. Benefit                   50% of the early retirement benefit, reduced for the joint and survivor form. The benefit is reduced by 6% for each year that payment precedes the participant's age 60, but is not reduced by more than 30%. If the participant would have been eligible for an unreduced retirement benefit, the benefit is unreduced.

    c. Minimum benefit         $200 per month.

16. 10-year survivor benefit
    a. Eligibility                10 or more benefit credits and unmarried for the full year prior to death. Payable to beneficiary.

    b. Benefit                   50% of the accrued benefit unreduced for payment before age 60, payable for 10 years only. The benefit is actuarially reduced if the beneficiary is a surviving child.

17. Post-retirement lump sum death benefit
    a. Eligibility                Disabled retirees over age 55 and all non-disabled retirees.

    b. Benefit                   12 times the retiree's monthly benefit at retirement calculated in the form of the level ten-year certain and life option without regard to any increases beyond the date of retirement, if retired after December 31, 1995, but no more than $30,800. If retired prior to January 1, 1996, either $5,000, $3,000, $2,000 or $1,000.

18.  Benefit forms for non-
     disability and death
     pension

Level ten-year certain and life.

Step down option with a guarantee of 120 payments.

Joint and Survivor equal to 50% joint and survivor benefit after a guarantee of 120 payments have been made.

Joint and Survivor (with pop-up) equal to 50% joint and survivor benefit after a guarantee of 120 payments have been made.

19.  Benefit level factor

Based on the benefit contribution rate of the participant at the end of a period of benefit accrual.

**Valuation Method and Actuarial Assumptions**

1.  Valuation date                          January 1, 2006.

2.  Cost method                            Individual entry age normal.

3.  Asset valuation method          a.    The asset method is changed to phase-in the excess
                                                                    of actual asset return over expected  over 4 years
                                                                    subject to a minimum of 80% of market value and a
                                                                    maximum of 120% of market value.   For 2006
                                                                    valuation, actuarial value of asserts is same as
                                                                    market value of assets.  The phase-in will start from
                                                                    2007 valuation.

                                                            b.    For annual plan cost - market value of assets.

4.  Interest rate
    a.  Funding                               7.50% per annum.

    b.  RPA '94 current liability     5.77%.

    c.  FAS 35 and withdrawal       8.00%.
         liability

5.  Mortality
    *Funding, FAS 35,  OBRA '87
    current liability  and
    withdrawal liability*
    a.  Non-disabled                      1971 Group Annuity set back 1 year.

    b.  Disabled                             1965 Railroad Retirement Board Ultimate Table.

    *RPA '94 current liability*
    a.  Non-disabled                      1983 Group Annuity Table.

    b.  Disabled                             1983 Group Annuity Table.

6.  Termination

Separation rates (after the first 3 years of participation) at sample ages are shown below:

| Age | Annual Rate Per 100 Participants (Ultimate) |
|---|---|
| 20 | 12.0 |
| 30 | 8.0 |
| 40 | 6.0 |
| 50 | 4.0 |
| 60 | 0.0 |

During the first 3 years of participation, the separation rates are:

| Years of Participation | Annual Rate Per 100 Participants (Select) |
|---|---|
| 0 | 30 |
| 1 | 20 |
| 2 | 10 |

7.  Disability

| Age | Annual Rate Per 100 Participants (Ultimate) |
|---|---|
| 20 | .06 |
| 30 | .06 |
| 40 | .10 |
| 50 | .42 |
| 60 | .00 |

8.  Retirement

Retirement rates:

| Age | Percent |
|---|---|
| Prior to age 55 (with 25 or more benefit credits) | 1% |
| 55-58 | 5% |
| 59-60 | 15% |
| 61-64 | 25% |
| 65 | 100% |

9.  Percent married

90%.

10. Age of spouse

Husbands are assumed to be 3 years older than wives.

11. Expected expenses

Expenses for the valuation year are assumed to be equal to the prior year's administrative expenses, rounded to the nearest $10,000.

12. Service after the valuation date

Active participants are assumed to earn the average number of benefit credits as was earned in the prior year by continuing active participants (on average, continuing active participants earned 0.9 benefit credits in 2005).

13. Contributions

Based on collective bargaining agreements – rates as of January 1, 2006 vary between $10.00 per week and $155.00 per week.

14. Reciprocity

Terminated vested liability is loaded by 5%. There is no load for the active liability

# Glossary

**Accrued liability**
The present value of benefits allocated to the years before and up to the current date according to a specified actuarial funding method.

**Actuarial assumptions**
Assumptions used in the calculation of the present value of benefits.  Assumptions include such items as the interest rate used to discount liabilities, probability of retirement at each age, probability of death, termination of employment and occurrence of disability.

**Actuarial funding method**
The method used to allocate cost to various time periods: prior years, the current year and future years.

**Actuarial (gain)/loss**
The difference between the expected liability, and the actual liability based on the prior valuation, according to the prior valuation's actuarial assumptions.

**Individual entry age normal actuarial funding method**
The normal cost in this method is determined as follows:
- First, the present value of projected benefits at each active participant's entry age into the plan is determined.
- Then the present value of years worked at each active participant's entry age into the plan is determined.
- The normal cost for each participant is determined by taking the ratio of the entry age present value of benefits to the total present value of years worked.  The total normal cost is equal to the sum of the individual normal costs.

The accrued liability in this method is determined as follows:
- The total projected present value of benefits for each active participant is determined
- The present value of future normal costs is determined for each active participant by multiplying the normal cost by the present value of future years worked at each active participant's current age.
- The accrued liability for each participant is equal to the present value of benefits less the present value of future normal costs.  The total accrued liability for active participants is equal to the sum of the individual accrued liabilities.  The accrued liability for inactive participants is equal to the present value of future benefits.

**Normal cost**
The cost of benefits allocated to the current year according to the actuarial funding method.

**Present value of accrued benefits**
The present value of benefits based on service accrued to date.

**Unfunded accrued liability**
The difference between the accrued liability and the value of assets.