IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>ROSELLE FARMERS LUMBER COMPANY an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 C 788<br>)<br>) Judge Coar<br>)<br>) Magistrate Judge Cox<br>)<br>) |

NOTICE OF MOTION

To: Timothy J. Klein
290 Springfield Drive
Suite 220
Bloomingdale, Illinois 60108

    PLEASE TAKE NOTICE that on July 30, 2008, at 9:00 a.m., I will appear before the Honorable Judge Coar in Room 1419 and then and there present the attached Motion for Summary Judgment, Memorandum of Law in Support of Summary Judgment, Local Rule 56.1 Statement of Material Facts and L.R. 56.1(a) Exhibits Supporting Summary Judgment, copies of which are attached hereto.

                                          Respectfully submitted,

                                          s/John J. Toomey
                                          ARNOLD AND KADJAN
                                          19 W. Jackson Blvd., Suite 300
                                          Chicago, IL 60604
                                          Telephone No.: (312) 236-0415
                                          Facsimile No.: (312) 341-0438
                                          Dated: July 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system.

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: July 30, 2008