IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ROSELLE FARMERS LUMBER COMPANY, an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 C 788<br>)<br>) Judge Coar<br>)<br>) Magistrate Judge Cox<br>)<br>) |

AMENDED NOTICE OF MOTION

To:  Timothy J. Klein
     290 Springfield Drive
     Suite 220
     Bloomingdale, Illinois 60108

PLEASE TAKE NOTICE that on August 6, 2008, at 9:00 a.m., I will appear before the Honorable Judge Coar in Room 1419 and then and there present the attached Motion for Summary Judgment, Memorandum of Law in Support of Summary Judgment, Local Rule 56.1 Statement of Material Facts and L.R. 56.1(a) Exhibits Supporting Summary Judgment, copies of which are attached hereto.

Respectfully submitted,

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: July 30, 2008

## CERTIFICATE OF SERVICE

  I hereby certify that on July 30, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system.

                s/John J. Toomey
                ARNOLD AND KADJAN
                19 W. Jackson Blvd., Suite 300
                Chicago, IL 60604
                Telephone No.: (312) 236-0415
                Facsimile No.: (312) 341-0438
                Dated: July 30, 2008