UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund
                                            Plaintiff,

v.                                                    Case No.:
                                                    1:08−cv−00788
                                                    Honorable David H.
                                                    Coar

Roselle Farmers Lumber Company
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable David H. Coar:Set deadlines as to motion for summary judgment [29] : Responses due by 8/21/2008; Replies due by 9/4/2008. Plaintiff's motion [29] for summary judgment is taken under advisement − ruling to issue by mail. Parties need not appear on the noticed motion date of 8/6/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.