IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 08 C 788 |
| v. | ) ) | Judge Coar |
| ROSELLE FARMERS LUMBER COMPANY, an Illinois corporation, a/k/a ROSELLE LUMBER COMPANY, | ) ) ) ) | Magistrate Judge |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF NO RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NOW COME the Plaintiffs, TRUSTEES OF THE OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, and file this Notice to inform the Court that Defendant has not filed a response, which was due on August 21, 2008, to Plaintiffs' timely-filed Motion for Summary Judgment.

Respectfully submitted,

TRUSTEES OF THE SUBURBAN TEAMSTERS OF
NORTHERN ILLINOIS PENSION FUND,

By:  /s/ Anthony B. Sanders
     One of their Attorneys

JOHN J. TOOMEY
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415