IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 08 C 788 |
| v. | ) ) | Judge Coar |
| ROSELLE FARMERS LUMBER COMPANY, an Illinois corporation, a/k/a ROSELLE LUMBER COMPANY, | ) ) ) ) | Magistrate Judge |
| Defendant. | ) ) | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: Timothy J. Klein, Esq.
290 Springfield Drive
Suite 220
Bloomingdale, Illinois 60108

PLEASE TAKE NOTICE that on September 9, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1. Plaintiff's Notice of No Response to Plaintiff's Motion for Summary Judgment.

a copy of which is attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: September 9, 2008

CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system

      s/John J. Toomey  
      ARNOLD AND KADJAN  
      19 W. Jackson Blvd., Suite 300  
      Chicago, IL 60604  
      Telephone No.: (312) 236-0415  
      Facsimile No.: (312) 341-0438  
      Dated: September 9, 2008